UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
PAUL N. NELSON,                    )
                                   )   No. C07-1660RSL
            Plaintiff,             )
       v.                          )
                                   )   ORDER TO SHOW CAUSE
K2 INC., *et al.*,                 )
                                   )
            Defendants.            )
_____)

This matter comes before the Court *sua sponte*. On June 13, 2008, defendants filed their Opening Claim Construction Brief with related documents that, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendants are hereby ORDERED to show cause within five days of this Order why they should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 4) and "Minute Order Setting Trial Date & Related Dates" (Dkt. # 9). Defendants shall immediately deliver a paper copy of the documents filed on June 13, 2008, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

1　　　　　　The Clerk of Court is directed to place this Order to Show Cause on the Court's
2　calendar for June 27, 2008.

3
　　　　　　Dated this 23rd day of June, 2008.
4

5　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
6　　　　　　　　　　　　　　　　　　United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                    -2-