UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL N. NELSON,

                    Plaintiff,

          v.

K2 INC., et al.,

                    Defendants.

Case No. C07-1660RSL

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFF PAUL N. NELSON and on behalf of DEFENDANT K2 in the unopposed amount of $3,408.85. Counsel for plaintiff filed no objections to the request for costs.

Entered this ____9th____ day of MARCH , 2009 .


_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1